IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ADAM STAHURA,**

    Plaintiff,

v.                                               Case No. 3:11cv459/MCR/CJK

**PREMIER CREDIT OF
NORTH AMERICA, LLC,**

    Defendant.
_____/

### ORDER OF DISMISSAL

    The court has been informed that the parties have reached a settlement of this matter. Therefore, the above-titled action is **DISMISSED** from the active docket of the court. In the event the settlement is not consummated, the court reserves the power, upon motion filed by any party within sixty (60) days of the date of this order, to amend or vacate and set aside this Order of Dismissal and reinstate the case. At this time, the Clerk is directed to close the file in this case for administrative purposes and, in the event there is no activity within sixty (60) days, the Clerk is directed to notify the court so the court can enter a dismissal with prejudice.

    **DONE AND ORDERED** this 17th day of February, 2012.

                                    *s/ M. Casey Rodgers*
                                    **M. CASEY RODGERS
                                    CHIEF UNITED STATES DISTRICT JUDGE**